UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re                                                     Chapter 7

    KP FASHION COMPANY,               Case No. 08-B-15233 (ALG)

                               Debtor.

---------------------------------------------------------X

**ORDER GRANTING APPLICATIONS FOR
ALLOWANCE OF INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Applications for Allowance of Interim Compensation and Reimbursement of Expenses (the "Applications") for professional services rendered and expenses incurred and a hearing having been held before this Court to consider the Applications on March 30, 2011 and appropriate notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and the United States Trustee having had an opportunity for review; and sufficient cause having been shown therefor, it is hereby

**ORDERED**, that the applications are granted to the extent set forth in Schedule A.

Dated: New York, New York
       April 21, 2011

                                                    */s/ Allan L. Gropper*
                                                    ALLAN L. GROPPER
                                                    UNITED STATES BANKRUPTCY JUDGE

Case No.: 08-B-15233 (ALG)
Case Name: KP Fashion Company

## CURRENT FEE PERIOD

| APPLICANT | DATE/DOC. NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| John S. Pereira, Chapter 7 Trustee | 370 | $24,774.62 | $24,774.62 | -0- | -0- |
| Jones & Schwartz, P.C. Attorney to the Trustee | 371 | $161,433.50 | $161,433.50 | $3,636.90 | $3,636.90 |
| Leonard Harris, CPA Accountant for the Trustee | 372 | $18,281.50 | $18,281.50 | $42.96 | $42.96 |

SCHEDULE A(1)      DATE: 4/21/2011 INITIALS: <u>ALG</u> USBJ

Order re fee apps

Case No.: 08-B-15233 (ALG)
Case Name: KP Fashion Company

## SUMMARY: ALL FEE PERIODS
## (INCLUDING THIS PERIOD)

| APPLICANT | TOTAL FEES REQUESTED | TOTAL FEES AWARDED | TOTAL EXPENSES REQUESTED | TOTAL EXPENSES AWARDED |
|---|---|---|---|---|
| John S. Pereira, Chapter 7 Trustee | $66,937.34 | $66,937.34 | $543.08 | $543.08 |
| Jones & Schwartz, P.C. Attorney to the Trustee | $448,316.00 | $448,316.00 | $10,989.43 | $10,989.43 |
| Leonard Harris, CPA Accountant for the Trustee | $97,601.50 | $97,601.50 | $420.78 | $420.78 |

SCHEDULE A(2)  DATE: 4/21/2011  INITIALS: __ALG__ USBJ

Order re fee apps