UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

KP FASHION COMPANY
dba KIRA PLASTININA,

Debtor.

Chapter 7

Case No. 08-15233-mew

**STATEMENT OF UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 7 | FEDEX OFFICE<br>PO BOX 262682<br>PLANO, TX 75026 | $4,519.76 | $82.59 |
| 11 | RACHAEL M. WIEMER<br>6300 LANKERSHIM BLVD, APT 205<br>N HOLLYWOOD, CA 91606 | $1,350.25 | $24.67 |
| 18U | 509 OWNERS LLC<br>C/O WINDELS MARX LANE &<br>MITTENDORF, LLP<br>156 WEST 56TH STREET<br>NEW YORK, NY 10019 | $482,511.01 | $8,815.66 |
| 32 | MTV NETWORKS<br>AMANDA LEITH C/O ANGELA HICKSON<br>1515 BROADWAY 34TH FL<br>NEW YORK, NY 10036 | $16,210.00 | $296.16 |
| 33 | ROUNDUP FUNDING, LLC<br>MS 550, PO BOX 91121<br>SEATTLE, WA 98111-9221 | $18,581.16 | $339.49 |
| 46 | CENTRAL TELEPHONE COMPANY - NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | $632.23 | $11.55 |
| 58 | PBS REAL ESTATE, LLC<br>230 PARK AVENUE, 18TH FLOOR<br>NEW YORK, NY 10169 | $107,870.00 | $1,970.83 |
| 61 | AFNI/VERIZON EAST<br>PO BOX 3037<br>BLOOMINGTON, IL 61702 | $5,887.71 | $107.58 |
| 69 | SHOPPERTRAK RCT CORPORATION<br>200 W. MONROE STREET, 11TH FLOOR<br>CHICAGO, IL 60606 | $8,660.46 | $158.23 |

| 72 | CA-10960 WILSHIRE LIMITED PARTNERSHIP<br>C/O EQUITY OFFICE<br>ATTN: M. KORITZ<br>TWO NORTH RIVERSIDE PLAZA, STE 2100<br>CHICAGO, IL 60606 | $140,411.00 | $2,565.36 |
|---|---|---|---|

**TOTAL UNCLAIMED DIVIDENDS:**      **$ 14,372.12**

Dated: New York, New York
       January 12, 2016

                                         /s/ John S. Pereira, Trustee
                                         JOHN S. PEREIRA
                                         Chapter 7 Trustee
                                         641 Lexington Avenue, 13th Floor
                                         New York, New York 10022
                                         (212) 758-5777